# EXHIBIT "A"

## TO BE FILED SEPARATELY UNDER SEAL